

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00236-CV

**DWIGHT P. FONTENOT, SR.,**

                                                      **Appellant**

 v.

**GLEN HIGHLANDS COMMUNITY
ASSOCIATION, INC.,**

                                                      **Appellee**

_____

**From the County Court at Law
Ellis County, Texas
Trial Court No. 13-C-3513**

---

## MEMORANDUM OPINION

---

Appellant has filed a motion to voluntarily dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). He asks that costs be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled, and the certificate of conference represents that Appellee does not oppose this motion. The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.

REX D. DAVIS
Justice


Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 23, 2015
[CV06]

